

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00870-CV

**IN RE P.M.**

Original Mandamus Proceeding[1]

**ORDER**

On December 17, 2019, relator filed a petition for writ of mandamus, to which the real party in interest later responded. After considering the petition, the response, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 26, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019PA02194, styled *In the Interest of J.M., a Minor Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.